(April 20, 2009)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRIAN CROW, on Behalf of VERTNELL SARRAZIN, Petitioner, v WARDEN, ANNA M. KROSS DETENTION CENTER, Respondent. [876 NYS2d

659]—Writ of habeas corpus in the nature of an application to reduce bail upon Kings County docket No. 2009CK00729.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Kings County docket No. 2009CK00729 to the sum of $5,000, which may be posted in the form of an insurance company bail bond in that sum, or by depositing the sum of $2,500 as a cash bail alternative. Fisher, J.P., Covello, Angiolillo and Leventhal, JJ., concur.